UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Investment Realty Services, LLC, *et al.*,

    Plaintiffs,

v.                              Case No. 19-10198

City of Garden City,            Sean F. Cox
                                            United States District Court Judge

    Defendant.
_____/

## JUDGMENT

    **IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE.**

                                      s/Sean F. Cox
                                      Sean F. Cox
                                      United States District Judge

Dated: August 26, 2019